**ERNEST S. KINNEY #66429**
Attorney at Law
1060 Fulton Mall #704
Fresno, CA  93721
(559)237-2111 FAX:(559)237-3499

Attorney for Defendant, RAMIRO BARRAGAN

# IN THE UNITED STATES DISTRICT COURT FOR

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      vs.<br><br>RAMIRO BARRAGAN<br><br>             Defendant | Case No.: 1:05-CR-00204-AWI<br><br>**Substitution of Attorney** |

I, **RAMIRO BARRAGAN**, do hereby substitute **ERNEST S. KINNEY**, Attorney at Law, 1060 Fulton Mall, Suite 704, Fresno, California 93721, as my attorney, in the place and stead of **ANN H. VORIS**.

**DATED:** 10/27/05                         /s/ RAMIRO BARRAGAN
                                            **RAMIRO BARRAGAN**, Defendant

I hereby agree to the above substitution.
**DATED:** 11/2/05                          /s/ ANN H. VORIS
                                            **ANN H. VORIS**

I hereby agree to accept the above substitution.
**DATED:** 10/27/05                         /s/ ERNEST S. KINNEY
                                            **ERNEST S. KINNEY**

    IT IS SO ORDERED.

**Dated:**   November 5, 2005              /s/ Anthony W. Ishii
0m8i78                                     UNITED STATES DISTRICT JUDGE