HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
RAMIRO BARRAGAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>RAMIRO BARRAGAN,<br><br>            Defendant. | No.  1:05-cr-00204 AWI-1<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable ANTHONY W. ISHII |

Defendant, RAMIRO BARRAGAN, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

1.    Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2.    On January 16, 2007, this Court sentenced Mr. Barragan to a term of 151 months imprisonment;

3.    His total offense level was 33, his criminal history category was III, and the resulting guideline range was 168 to 210 months, but he received a downward variance;

4. The sentencing range applicable to Mr. Barragan was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Barragan's total offense level has been reduced from 33 to 31, and his amended guideline range is 135 to 168 months; and,

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Barragan's term of imprisonment to a total term of 135 months.

Respectfully submitted,

Dated: January 29, 2015                     Dated:   January 29, 2015
BENJAMIN B. WAGNER                          HEATHER E. WILLIAMS
United States Attorney                      Federal Defender


 /s/ *Kathleen A. Servatius*                 /s/ *David M. Porter*
KATHLEEN A. SERVATIUS                       DAVID M. PORTER
Assistant U.S. Attorney                     Assistant Federal Defender

Attorney for Plaintiff                      Attorney for Defendant
UNITED STATES OF AMERICA                    RAMIRO BARRAGAN

## ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Barragan is entitled to the benefit Amendment 782, which reduces the total offense level from 33 to 31, resulting in an amended guideline range of 135 to 210 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in January 2007 is reduced to a term of 135 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

1    Unless otherwise ordered, Mr. Barragan shall report to the United States Probation Office
2  within seventy-two hours after his release.

IT IS SO ORDERED.

Dated:   January 29, 2015                 _____
                                                                        SENIOR  DISTRICT  JUDGE