HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
RAMIRO BARRAGAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       v.<br><br>RAMIRO BARRAGAN,<br><br>             Defendant. | No.  1:05-cr-00204-AWI-1<br><br>**NOTICE OF WITHDRAWAL OF (ECF. 306 ) STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2); ORDER**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable ANTHONY W. ISHII |

On January 29, 2015, the parties filed a stipulated motion and lodged order to reduce Mr. Barragan's sentence pursuant to 18 U.S.C. § 3582(c)(2) (C.R. #307).  The stipulation was filed in error; the government has asked for additional time to consider the proposed stipulation. Accordingly, the parties withdraw the stipulated motion without prejudice to refiling.

Respectfully submitted,

Dated:  January 29, 2015                                    Dated:  January 29, 2015

BENJAMIN B. WAGNER                                 HEATHER E. WILLIAMS
United States Attorney                                         Federal Defender


 /s/ *Kathleen A. Servatius*                                  /s/ *David M. Porter*
KATHLEEN A. SERVATIUS                            DAVID M. PORTER
Assistant U.S. Attorney                                       Assistant Federal Defender

Attorney for Plaintiff                                            Attorney for Defendant
UNITED STATES OF AMERICA                      RAMIRO BARRAGAN

1

**ORDER**

For the reasons set forth in the notice, and good cause appearing therefore, the order granting the stipulated motion for reduction in sentence (ECF. 307) is **VACATED,** and the motion is withdrawn without prejudice to refiling.

IT IS SO ORDERED.

Dated:  January 29, 2015                              _____
                                                                           SENIOR DISTRICT JUDGE